**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 98-20837**
_____

**VENCOR HOSPITAL-HOUSTON,**

**Plaintiff-Appellant,**

**versus**

**SEAFARERS WELFARE PLAN,**

**Defendant-Appellee.**

_____

**Appeal from the United States District Court**
**for the Southern District of Texas**
**(96-CV-3765)**
_____

September 30, 1999

Before DUHÉ, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

This matter is **REMANDED** to the district court for reconsideration in the light of **_Vega v. National Life Ins. Services, Inc._**, ___ F.3d ___, 1999 WL 680319 (5th Cir. 1999) (en banc).

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.